**Lincoln Dixie Freight Lines, Inc., Plaintiff-Appellant, v. Arrow Motor Transit, Inc., Defendant-Appellee.**

Gen. No. 48,568.

First District, Second Division.
February 23, 1962.
Rehearing denied March 20, 1962.

Chino & Schultz, of Chicago, for appellant; Robert J. Downing, Robert G. Lussier, of Chicago (Raskin and Downing, of counsel), for appellee. Opinion by MR. JUSTICE BURKE. Not to be published in full.